UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

IN RE: NORBERT RUSSELL DOUCET  CASE NO. 10-50175
      KRYSTAL LYNN DOUCET
      DEBTOR  CHAPTER 7

---

## TRUSTEE'S NOTICE OF ASSETS & REQUEST FOR NOTICE

COMES NOW, the undersigned trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

Therefore, it is requested that a notice to file claims should be mailed to all creditors of record.

Date: June 4, 2010  Respectfully submitted,


      /s/Paul N. DeBaillon
      PAUL N. DEBAILLON